IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK EVERETT BLOXSOM,

      Petitioner,

v.                                     Case No. 4:14cv93-MW/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Defendant.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.15. No objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

SO ORDERED on February 24, 2016.

                                              s/Mark E. Walker          
                                              United States District Judge